**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anderson Galindo–Gonzalez

                                        Plaintiff,

v.                                                              Case No.: 1:26–cv–07806
                                                                Honorable April M. Perry

Samuel Olson, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

     MINUTE entry before the Honorable April M. Perry: The parties have advised the Court that Petitioner has been released from custody. Accordingly, the Court strikes the motion hearing set for 7/23/2026 and denies Petitioner's motion to enforce [17] as moot. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.